

**KIRY K. GRAY**
Clerk of Court

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**To:** Clerk, United States District Court
Western         District of     Kentucky
601 West Broadway, Suite 106
Louisville, KY 40202-2227

**Re:** Transfer of our Civil Case No.   2:16-cv-2899-RGK(KSx)
Case Title:  Raheel Foods LLC -v- YUM! Brands, Inc.

☐ MDL                In Re:

Dear Sir/Madam:

**An order having been made  ☑ transferring  ☐ remanding the above-numbered case to your district, we are transmitting herewith our file:**

☐ Original case file documents are enclosed in paper format.
☑ Electronic documents are accessible through Pacer.
☐ Other:

Very truly yours,

Clerk, U.S. District Court

Date: July 12, 2016              By  Brent_Pacillas@cacd.uscourts.gov
                                     Deputy Clerk

cc: All counsel of record

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

**Please acknowledge receipt via e-mail to the appropriate address listed below and provide the case number assigned in your district:**

☐ CivilIntakecourtdocs-LA@cacd.uscourts.gov    (Los Angeles Office)
☐ CivilIntakecourtdocs-RS@cacd.uscourts.gov    (Riverside Office)
☐ CivilIntakecourtdocs-SA@cacd.uscourts.gov    (Santa Ana Office)

Case Number:

Clerk, U.S. District Court

Date:                   By
                           Deputy Clerk

CV-22 (10/15)            **TRANSMITTAL LETTER - CIVIL OR MDL CASE TRANSFER OUT**